```
                              FILED
                              December 18, 2008
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 08-0435-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JUSTIN JAMES DOWNEY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUSTIN JAMES DOWNEY, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Unsecured Appearance Bond (Interim)

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Secured bond paperwork to be filed within 3 weeks from 12/18/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on  12/18/08  at 3:00pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge