DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUSTIN DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    Cr.S. 09-0011-JAM |
|      Plaintiff, | ) |
| | )    **MOTION TO EXONERATE BOND; ORDER** |
|    v. | ) |
| | ) |
| JUSTIN DOWNEY, | )    DATE:  No hearing requested |
| | )    JUDGE: Honorable John A. Mendez |
|      Defendant. | ) |
| | ) |
| _____ | ) |

On December 18, 2008, the Court ordered Justin Downey released on

a $100,000.00 unsecured bond to be secured by real property.  On

January 23, 2009, a Deed of Trust was posted in the amount of

$100,000.00 secured by real property belonging to Thomas Ward and Leoda

M. Hvolboll.

On October 5, 2010, Mr. Downey was sentenced by this Court and the

case was terminated.

Mr. Downey moves the Court to exonerate the $100,000.00 Unsecured

Bond and the property bond, and for an order directing the Clerk of the

/ / /

/ / /

/ / /

1  Court to reconvey that property to its owners, Thomas Ward and Leoda M.

2  Hvolboll.

3  DATED:  March 26, 2012

4                                  Respectfully submitted,

5                                  DANIEL J. BRODERICK
                                   Federal Defender
6

7                                  /s/ B. Galloway
                                   BENJAMIN D. GALLOWAY
8                                  Assistant Federal Defender
                                   Attorney for Justin Downey
9

10

11                               **O R D E R**

12

13      The Court finds that Mr. Downey was released pursuant to a

14  $100,000.00 unsecured bond and a property bond which he posted to the

15  Clerk of the Court.  He has satisfied all of his obligations to the

16  Court.

17      THEREFORE, it is hereby ORDERED that the $100,000.00 unsecured bond

18  and property bond in this case are exonerated and that the Clerk of the

19  Court is directed to reconvey to the sureties to Thomas Ward and Leoda

20  M. Hvolboll on the property posted on behalf of Mr. Downey.

21
       **IT IS SO ORDERED.**
22

23      DATED: 3/26/2012                /s/ John A. Mendez
                                        JOHN A. MENDEZ
24                                      United States District Judge

25

26

27

28

                                    **2**